**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Collectanea J. Limited, | ) | |
| | ) | Case:  25-cv-04839 |
| | ) | |
| Plaintiff, | ) | Judge: Charles P. Kocoras |
| | ) | |
| v. | ) | Mag. Judge: Maria Valdez |
| | ) | |
| The Partnerships And | ) | |
| Unincorporated Associations | ) | |
| Identified On Schedule "A" | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Collectanea J. Limited filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Amended Schedule A to the Amended Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in the Amended Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in the Amended Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Collectanea J. Limited's Motion in part as follows.

This Court finds Collectanea J. Limited has provided notice to Defendants in accordance with the Temporary Restraining Order (Docket No. 17) entered May 30, 2025, ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

---

[1] The e-commerce store urls are listed on the Amended Schedule A hereto under the Online Marketplaces.

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Collectanea J. Limited has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have displayed or utilized Collectanea J. Limited's federally registered Beadnova trademark and/or registered copyrights (the "Beadnova Works") in advertising, marketing, and listings for sale to residents of Illinois. In this case, Collectanea J. Limited has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products utilizing Plaintiff's registered trademark and/or Works, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship to customers in Illinois. [Docket Nos. 9 at ¶¶22-24, 10].

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Collectanea J. Limited's previously granted Motion for Entry of a TRO establishes that Collectanea J. Limited has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Collectanea J. Limited will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because the Mark is registered with the United States Patent and Trademark Office and Defendants are

not licensed or authorized to use the Mark. Likewise, Plaintiff has proved a *prima facie* case of copyright infringement because Plaintiff holds valid copyrights registered with the U. S. Copyright Office, and Defendants are not authorized or licensed to use the copyrights.

Furthermore, Defendants' continued and unauthorized use of the registered trademark and/or copyrights irreparably harms Collectanea J. Limited through diminished goodwill and brand confidence, damage to Collectanea J. Limited's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Collectanea J. Limited has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Beadnova trademark and/or copyrights in any manner in connection with the display, marketing, advertising, offering for sale, or sale of any product not authorized by Collectanea J. Limited;

    b. passing off, inducing, or enabling others to display, market or advertise any product with the Beadnova trademark and/or Works without the authorization, control, or supervision of Collectanea J. Limited and approval by Collectanea J. Limited;

    c. committing any acts calculated to cause consumers to believe that Defendants' products or their listings for sale or products sold utilizing the Beadnova trademark and/or Beadnova Works are under the authorization, control, or supervision of

Collectanea J. Limited, or are sponsored by, approved by, or otherwise connected with Collectanea J. Limited; and

d.    further infringing Plaintiff's Mark and/or Works and damaging Plaintiff's goodwill;

e.    otherwise competing unfairly with Plaintiff in any manner.

2.    Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3.    Upon Collectanea J. Limited's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., Amazon, Bonanza, Newegg, Walmart ("Walmart.com") and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Collectanea J. Limited expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a.    the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b.    the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c.   any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Amazon Pay, LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"), Payoneer, Stripe, Pingpong or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4.    Upon Collectanea J. Limited's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Beadnova trademark and/or Works.

5.    Any Third Party Providers, including PayPal, Stripe, Payoneer, Pingpong, LianLian Global, LL Pay U.S., LLC, and Lianlian Yintong Electronic Payment Co. Ltd. ("LianLian"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a.   locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in the Amended Schedule A hereto, the e-mail addresses identified in Exhibit One [Docket No. 10] to the Declaration of Yu Chung Ting [Docket No. 9], and any e-mail addresses provided for Defendants by third parties; and

b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6.  Collectanea J. Limited may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses for Defendants identified in Exhibit One [Docket No. 10] to the Declaration of Yu Chung Ting [Docket No. 9] and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "DYH ®  and all other Defendants identified in the Amended Schedule A to the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7.  Plaintiff's Schedule A to the Pleading(s) [DOCKET NO(s). 4, 8], Exhibits Three and Four to the Declaration of Yu Chung Ting   [DOCKET NO. 10], and the TRO [DOCKET NO. 17] are unsealed.

8.  Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9.    The $10,000 bond posted by Collectanea J. Limited shall remain with the Court until a

final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_Charles P. Kocoras_

Charles P. Kocoras
United States District Judge

Dated: June 27, 2025

**AMENDED SCHEDULE A**

| No. | Platform | Store Name | Store Link | Counts |
|---|---|---|---|---|
| 1 | Amazon | DYH ® | https://www.amazon.ca/sp?marketplaceID=A2EUQ1WTGCTBG2&seller=A2AJTKCJ8EZIC2&ref_=dp_merchant_link&asin=B07H4GC7HH | Counts I, II |
| 2 | Amazon | East2West Market | https://www.amazon.com/sp?ie=UTF8&seller=A1G4KWL1PKG6QL&asin=B01MCZPWPX&ref_=dp_merchant_link | Counts I, II |
| 3 | Amazon | HAAMIIQII Direct | https://www.amazon.com/sp?ie=UTF8&seller=A3HGM7L70WHO70&asin=B00J9F6I1W&ref_=dp_merchant_link&isAmazonFulfilled=1 | Counts I, II, III |
| 4 | Amazon | Ludeng Store | https://www.amazon.com/sp?ie=UTF8&seller=A3BXIHN16AEPPO&asin=B0B85BC2JX&ref_=dp_merchant_link | Counts I, II, III |
| 5 | Amazon | Sapias | https://www.amazon.ca/sp?marketplaceID=A2EUQ1WTGCTBG2&seller=A8OBYXP32UW8S&ref_=dp_merchant_link&asin=B00KFKN3Y0 | Counts I, II |
| 6 | Amazon | St. John's Marketplace | https://www.amazon.ca/sp?marketplaceID=A2EUQ1WTGCTBG2&seller=A13LMW1VF9T27N&ref_=dp_merchant_link&asin=B07B8FBDK1 | Counts I, II |
| 7 | Amazon | TXLLXX | https://www.amazon.ca/sp?marketplaceID=A2EUQ1WTGCTBG2&seller=A3RSJ8TWGK5STN&ref_=dp_merchant_link&asin=B07CZ8N8Q3 | Counts I, II |
| 8 | █████ | ████████ | ████████████████ | ███████ |
| 9 | █████ | ████████ | ████████████ | ██████ |
| 10 | DHGate | aweinspiring | https://www.dhgate.com/store/2181 | Counts I, II, III |

| | | | | |
|---|---|---|---|---|
| | | | 0643?dspm=pcen.pd.logostore.1.sX yvIyfvNRJll0uDowZv&resource_id = | |
| 11 | DHGate | dh_garden | https://www.dhgate.com/store/2159 4535?dspm=pcen.pd.logostore.1.P4 865U05SdZeULmXG2N6&resourc e_id= | Counts I, II, III |
| 12 | DHGate | diydecorationstore | https://www.dhgate.com/store/1980 9222?dspm=pcen.pd.logostore.1.Lv lc6qin4TE2Z8BFIQ6G&resource_i d= | Count III |
| 13 | DHGate | errollingy | https://www.dhgate.com/store/2181 0705?dspm=pcie.pd.logostore.1.RF yST0uF6wVQKRcBhBya&resourc e_id=?&f_seo_referer=ie | Count III |
| 14 | DHGate | femaleanita | https://www.dhgate.com/store/2181 0642?dspm=pcie.pd.logostore.1.Ai pINKy3BRX3FdNnxZxn&resource _id=?&f_seo_referer=ie | Count III |
| 15 | DHGate | homepro10 | https://www.dhgate.com/wholesale/ products/8aaa9f658e89e9e0018ea2 75d9b96565.html | Count III |
| 16 | DHGate | majestichall | https://www.dhgate.com/store/2181 0640?dspm=pcie.pd.logostore.1.BD B9BHCbADoKD56Pw8Az&resour ce_id=?&f_seo_referer=ie | Count III |
| 17 | DHGate | ornaments_store | https://www.dhgate.com/store/2094 1548 | Count III |
| 18 | DHGate | sunglassesjh | https://www.dhgate.com/store/2178 2957?dspm=pcie.pd.logostore.1.0N TZZUHGZ7Tnwv2UsBiQ&resourc e_id=?&f_seo_referer=ie | Count III |
| 19 | DHGate | tobynimble | https://www.dhgate.com/store/2181 0839?dspm=pcen.pd.logostore.1.zn fkLJ3MEw8TVrP8kyov&resource_ id= | Count III |
| 20 | DHGate | wujinxiajiu | https://www.dhgate.com/store/2163 1264?dspm=pcie.pd.logostore.1.Ev TfFbmlKpxvxLKZ4uAF&resource _id=?&f_seo_referer=ie | Count III |
| 21 | eBay | 2bfairshop | https://www.ebay.com/usr/2bfairsh op?_trksid=p2047675.m3561.l2559 | Counts I, II |

| 22 | eBay | 040817a | https://www.ebay.com/usr/040817a?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 23 | eBay | adiwei73 | https://www.ebay.com/str/fixdeals | Counts I, II |
| 24 | ebay | alvsyah-0 | https://www.ebay.com/str/4l5yahstore | Counts I, II |
| 25 | eBay | anbintang-0 | https://www.ebay.com/usr/anbintang-0?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 26 | eBay | angavr-23 | https://www.ebay.com/str/toym0re | Counts I, II |
| 27 | eBay | annrahm48 | https://www.ebay.com/str/akulaku | Counts I, II |
| 28 | eBay | apisunto-0 | https://www.ebay.com/str/apisunto0 | Counts I, II |
| 29 | eBay | ar554542 | https://www.ebay.com/usr/ar554542?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 30 | eBay | arlat96 | https://www.ebay.com/str/arlat96 | Counts I, II |
| 31 | eBay | benfakiriil | https://www.ebay.com/str/benfakiriil | Counts I, II |
| 32 | eBay | bixlife | https://www.ebay.com/usr/bixlife?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 33 | eBay | bju12290 | https://www.ebay.com/str/brianshoppe | Counts I, II |
| 34 | eBay | buywithsmileo | https://www.ebay.com/str/vb43gvdfhd | Counts I, II, III |
| 35 | eBay | byzet0 | https://www.ebay.com/usr/byzet0?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 36 | eBay | c.anton88 | https://www.ebay.com/usr/c.anton88?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 37 | eBay | clwij0 | https://www.ebay.com/str/cvclaramaju | Counts I, II |
| 38 | eBay | cotopaxi-deals-worldwide | https://www.ebay.com/str/cotopaxidealslmited | Counts I, II |
| 39 | eBay | crewcutter | https://www.ebay.com/str/2gf2gsd | Counts I, II |
| 40 | eBay | da-206550 | https://www.ebay.com/str/da206550 | Counts I, II, III |
| 41 | eBay | deals-center | https://www.ebay.com/str/dealzcenter | Counts I, II |
| 42 | eBay | dham65 | https://www.ebay.com/str/dham65 | Counts I, II |
| 43 | eBay | dhnug34 | https://www.ebay.com/str/ayangpaji | Counts I, II |
| 44 | eBay | didarm_91 | https://www.ebay.com/str/didarm91 | Counts I, II |

| 45 | eBay | digital.tilly | https://www.ebay.com/str/h45gv | Counts I, II |
| 46 | eBay | dikumal_0 | https://www.ebay.com/str/dikumal | Counts I, II |
| 47 | eBay | dimar_3119 | https://www.ebay.com/str/dimar3119 | Counts I, II |
| 48 | eBay | doron_store1 | https://www.ebay.com/str/doronstore2 | Counts I, II |
| 49 | eBay | ecommsupply | https://www.ebay.com/usr/ecommsupply?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 50 | eBay | eirshalom_0 | https://www.ebay.com/str/eirshalom0 | Counts I, II |
| 51 | eBay | elanas-81 | https://www.ebay.com/usr/elanas-81?_trksid=p2047675.m3561.l2559 | Counts I, II, III |
| 52 | eBay | escape2earth_5 | https://www.ebay.com/usr/escape2earth_5?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 53 | eBay | essentials007 | https://www.ebay.com/usr/essentials007?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 54 | eBay | everydayzsellz | https://www.ebay.com/str/everydayzsellz | Counts I, II |
| 55 | eBay | evievo_0 | https://www.ebay.com/str/evisix6 | Counts I, II, III |
| 56 | eBay | fadlonshop | https://www.ebay.com/str/fadlonshop | Counts I, II |
| 57 | eBay | fancostore | https://www.ebay.com/usr/fancostore?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 58 | eBay | farahnur_0 | https://www.ebay.com/str/farahnur0 | Counts I, II, III |
| 59 | eBay | faun-rya | https://www.ebay.com/str/faunrya | Counts I, II |
| 60 | eBay | feller-shop | https://www.ebay.com/str/fellershop | Counts I, II |
| 61 | eBay | felmit7 | https://www.ebay.com/str/felmit7 | Counts I, II |
| 62 | eBay | femul_64 | https://www.ebay.com/usr/femul_64?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 63 | eBay | fisask_0 | https://www.ebay.com/str/cappulatte | Counts I, II |
| 64 | eBay | flaviov_63 | https://www.ebay.com/str/fastshipping212 | Counts I, II |
| 65 | eBay | folwel64 | https://www.ebay.com/str/iomayy | Counts I, II |
| 66 | eBay | forsell_everything | https://www.ebay.com/str/forsellev | Counts I, II |

| | | | erything | |
|---|---|---|---|---|
| 67 | eBay | fortune-island | https://www.ebay.com/str/fortuneicedout | Counts I, II, III |
| 68 | eBay | friendlyseller97 | https://www.ebay.com/str/friendlyseller97 | Counts I, II |
| 69 | eBay | g2c.100 | https://www.ebay.com/str/g2c100 | Counts I, II, III |
| 70 | eBay | gyplkmnb | https://www.ebay.com/str/mahmo254 | Counts I, II |
| 71 | eBay | hanma_1636 | https://www.ebay.com/str/hanhanmaa | Counts I, II |
| 72 | eBay | happita-0 | https://www.ebay.com/usr/happita-0?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 73 | eBay | haspe-30 | https://www.ebay.com/str/pehaspe | Counts I, II |
| 74 | eBay | havnath_0 | https://www.ebay.com/str/havnath0 | Counts I, II |
| 75 | eBay | hawah4681 | https://www.ebay.com/str/adamhawa | Counts I, II, III |
| 76 | eBay | hollowpark | https://www.ebay.com/str/hollowpark | Counts I, II |
| 77 | eBay | hs-120 | https://www.ebay.com/str/hs120 | Counts I, II |
| 78 | eBay | hypestore132 | https://www.ebay.com/str/hypstore132 | Counts I, II |
| 79 | eBay | ibrahim_0786 | https://www.ebay.com/usr/ibrahim_0786?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 80 | eBay | idaud_0 | https://www.ebay.com/str/idodo | Counts I, II |
| 81 | eBay | idea-for-you | https://www.ebay.com/usr/idea-for-you?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 82 | ███ | ███ | ███ | ███ |
| 83 | eBay | igokudryasho_0 | https://www.ebay.com/usr/igokudryasho_0?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 84 | eBay | inz-1919 | https://www.ebay.com/usr/inz-1919?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 85 | eBay | irad_55 | https://www.ebay.com/str/irafemme | Counts I, II |
| 86 | eBay | isga255 | https://www.ebay.com/str/islamwarehouse | Counts I, II |
| 87 | eBay | ismham-6752 | https://www.ebay.com/usr/ismham- | Counts I, II |

|  |  |  | 6752?_trksid=p2047675.m3561.l25 59 |  |
|---|---|---|---|---|
| 88 | eBay | iwzun0 | https://www.ebay.com/str/iwzunkaya | Counts I, II, III |
| 89 | eBay | jackzofalltradezllc | https://www.ebay.com/str/jackzofalltradezllc | Counts I, II |
| 90 | eBay | jinab-26 | https://www.ebay.com/str/jinab26 | Counts I, II |
| 91 | eBay | jiraphiboont_0 | https://www.ebay.com/str/jiraroadstore | Counts I, II |
| 92 | eBay | jonadog-0 | https://www.ebay.com/str/dogenollc | Counts I, II, III |
| 93 | eBay | julwu-8751 | https://www.ebay.com/str/julwularismanis | Counts I, II |
| 94 | eBay | justrav2204 | https://www.ebay.com/str/cheapshopsonline | Counts I, II |
| 95 | eBay | kaka-9588 | https://www.ebay.com/usr/kaka-9588?_trksid=p2047675.m3561.l25 59 | Counts I, II |
| 96 | eBay | karmoh_3952 | https://www.ebay.com/str/karmohstore13 | Counts I, II, III |
| 97 | eBay | kerenmor11 | https://www.ebay.com/str/kerenmor11 | Counts I, II |
| 98 | eBay | kevincopped | https://www.ebay.com/str/kevinscop | Counts I, II |
| 99 | eBay | khair-rafiu | https://www.ebay.com/str/khairrafiu | Counts I, II |
| 100 | eBay | lamatt_3751 | https://www.ebay.com/usr/lamatt_3751?_trksid=p2047675.m3561.l255 9 | Counts I, II |
| 101 | eBay | laris.lev3 | https://www.ebay.com/str/larislev3 | Counts I, II |
| 102 | eBay | lavanyacreations | https://www.ebay.com/str/lavanyacreations | Counts I, II, III |
| 103 | eBay | lees_flipsandsteals | https://www.ebay.com/str/ltkm86 | Counts I, II |
| 104 | eBay | life_neccessories | https://www.ebay.com/str/lifeneccessories | Counts I, II |
| 105 | eBay | lironshin | https://www.ebay.com/str/worldwideweb2020 | Counts I, II, III |
| 106 | eBay | lowerat | https://www.ebay.com/str/lowerat | Counts I, II |
| 107 | eBay | mahti_2 | https://www.ebay.com/str/mahti | Counts I, II, III |

| 108 | eBay | manja_191 | https://www.ebay.com/str/mandraxstore | Counts I, II |
| 109 | eBay | manle9301 | https://www.ebay.com/usr/manle9301?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 110 | eBay | marman1218 | https://www.ebay.com/str/marman1218 | Counts I, II |
| 111 | eBay | maryian123_9 | https://www.ebay.com/str/maryian1239 | Counts I, II |
| 112 | eBay | masterstore | https://www.ebay.com/usr/masterstore?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 113 | eBay | mavericksale | https://www.ebay.com/str/mavericksale | Counts I, II |
| 114 | eBay | mazuz_best_shop17 | https://www.ebay.com/str/mazuzbestshop | Counts I, II |
| 115 | eBay | mercados_dbn | https://www.ebay.com/str/shalom1store | Counts I, II |
| 116 | eBay | milimi2 | https://www.ebay.com/usr/milimi2?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 117 | eBay | mimsy9 | https://www.ebay.com/str/mimsy9 | Counts I, II |
| 118 | eBay | minimonimarket | https://www.ebay.com/usr/minimonimarket?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 119 | eBay | mitwram-0 | https://www.ebay.com/str/mitwramstore | Counts I, II |
| 120 | eBay | mixa19882011 | https://www.ebay.com/str/mixa19882011 | Counts I, II |
| 121 | eBay | mmty2021 | https://www.ebay.com/str/mmty2021 | Counts I, II, III |
| 122 | eBay | mobileoutlet1 | https://www.ebay.com/usr/mobileoutlet1 | Counts I, II |
| 123 | eBay | modem-46 | https://www.ebay.com/str/modem46 | Counts I, II |
| 124 | eBay | mohaah-5017 | https://www.ebay.com/str/mohaahstore | Counts I, II |
| 125 | eBay | mousram_57 | https://www.ebay.com/usr/mousram_57?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 126 | eBay | nabdelh_72 | https://www.ebay.com/str/nadaaaastore | Counts I, II |

| 127 | eBay | nath4-store | https://www.ebay.com/str/nath4store | Counts I, II |
| 128 | eBay | nelagarments | https://www.ebay.com/str/nelagarments | Counts I, II, III Counts I, II |
| 129 | eBay | nicahu-41 | https://www.ebay.com/str/nica | Counts I, II |
| 130 | eBay | nifay89 | https://www.ebay.com/str/nifay89 | Counts I, II |
| 131 | eBay | ongsang_0 | https://www.ebay.com/str/ongajshop | Counts I, II |
| 132 | eBay | otimurles0 | https://www.ebay.com/usr/otimurles0?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 133 | ███ | ███████ | ████████████████ | ██████ |
| 134 | eBay | pimism_0 | https://www.ebay.com/usr/pimism_0?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 135 | eBay | pu-id10 | https://www.ebay.com/str/puid10 | Counts I, II |
| 136 | eBay | rachmayunp_0 | https://www.ebay.com/str/rachmayunp0 | Counts I, II, III |
| 137 | eBay | rafar4349 | https://www.ebay.com/str/rafar4349 | Counts I, II |
| 138 | eBay | ratam6614 | https://www.ebay.com/usr/ratam6614?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 139 | eBay | rav-8026 | https://www.ebay.com/str/bestsellerever2 | Counts I, II |
| 140 | eBay | resale_team | https://www.ebay.com/str/compa | Counts I, II |
| 141 | eBay | roey0011 | https://www.ebay.com/usr/roey0011?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 142 | eBay | sarob4292 | https://www.ebay.com/str/sarob4292 | Counts I, II |
| 143 | eBay | se_9885 | https://www.ebay.com/str/yanrearea | Counts I, II, III |
| 144 | eBay | sell_tek | https://www.ebay.com/str/revealllll | Counts I, II |
| 145 | eBay | shaha_271784 | https://www.ebay.com/str/shaha271784 | Counts I, II, III |
| 146 | eBay | sheme_40 | https://www.ebay.com/str/shemeeshop | Counts I, II |
| 147 | eBay | siaf05 | https://www.ebay.com/str/cipung | Counts I, II |
| 148 | eBay | singharachun | https://www.ebay.com/str/singharachun | Counts I, II |
| 149 | eBay | skylinedrift89 | https://www.ebay.com/str/skylinedrift89 | Counts I, II |

| 150 | eBay | slariy-90 | https://www.ebay.com/usr/slariy-90?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 151 | eBay | speedealsale | https://www.ebay.com/usr/speedealsale?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 152 | eBay | stop4buy221 | https://www.ebay.com/usr/stop4buy221?_trksid=p2047675.l2559 | Counts I, II |
| 153 | eBay | stylzandkicks | https://www.ebay.com/usr/stylzandkicks?_trksid=p2047675.m3561.l2559 | Counts I, II, III |
| 154 | eBay | suag2391 | https://www.ebay.com/str/suag | Counts I, II |
| 155 | eBay | sukses65 | https://www.ebay.com/str/sukses65 | Counts I, II, III |
| 156 | eBay | sumtre_32 | https://www.ebay.com/usr/sumtre_32?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 157 | eBay | superbseller2013 | https://www.ebay.com/usr/superbseller2013?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 158 | eBay | tamaztabatoshvill-0 | https://www.ebay.com/str/tamaztabatoshvill0 | Counts I, II |
| 159 | eBay | terminalst | https://www.ebay.com/usr/terminalst?_trksid=p2047675.m3561.l2559 | Counts I, II, III |
| 160 | eBay | thabile*michael | https://www.ebay.com/str/g2g2d | Counts I, II |
| 161 | eBay | thalme-96 | https://www.ebay.com/str/thalme96 | Counts I, II |
| 162 | eBay | the*sale*connect*store | https://www.ebay.com/str/thesaleconnectstore | Counts I, II |
| 163 | eBay | thebestseller_store | https://www.ebay.com/str/cyberrseller | Counts I, II |
| 164 | eBay | the-eagle-1995 | https://www.ebay.com/str/theeagle1995 | Counts I, II |
| 165 | eBay | themaxtop_store | https://www.ebay.com/str/araziil2013 | Counts I, II |
| 166 | eBay | theronshop | https://www.ebay.com/str/theronshop | Counts I, II |
| 167 | eBay | thingsnmore39 | https://www.ebay.com/usr/thingsnmore39?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 168 | eBay | this-season | https://www.ebay.com/usr/this-season?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 169 | eBay | tidrop | https://www.ebay.com/str/tidrop | Counts I, II |

| 170 | eBay | tlacres | https://www.ebay.com/str/tlacres | Counts I, II, III |
| 171 | eBay | tom_e-shop | https://www.ebay.com/usr/tom_e-shop?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 172 | eBay | tomen-70 | https://www.ebay.com/str/tomen70 | Counts I, II |
| 173 | eBay | tona-1935 | https://www.ebay.com/str/tona | Counts I, II |
| 174 | eBay | topservice4u | https://www.ebay.com/str/topservice4u | Counts I, II |
| 175 | eBay | towy2978 | https://www.ebay.com/str/towy | Counts I, II, III |
| 176 | eBay | tril-sg | https://www.ebay.com/str/triges | Counts I, II |
| 177 | eBay | uria009 | https://www.ebay.com/str/df2dsdsds | Counts I, II |
| 178 | eBay | vender_mejores_productos | https://www.ebay.com/str/comprarconmercado | Counts I, II, III |
| 179 | eBay | versusbonus3 | https://www.ebay.com/str/ecomcraftt | Counts I, II |
| 180 | eBay | wupu03 | https://www.ebay.com/str/wupu03 | Counts I, II, III |
| 181 | ███ | ███ | ████████████ | ███ |
| 182 | eBay | yanwine007 | https://www.ebay.com/str/yanwine007 | Counts I, II |
| 183 | eBay | yveny007 | https://www.ebay.com/usr/yveny007?_trksid=p2047675.m3561.l2559 | Counts I, II, III |
| 184 | eBay | za-1038 | https://www.ebay.com/usr/za-1038?_trksid=p2047675.m3561.l2559 | Counts I, II, III |
| 185 | eBay | zeric.s | https://www.ebay.com/usr/zeric.s?_trksid=p2047675.m3561.l2559 | Counts I, II |
| 186 | eBay | zhawi0 | https://www.ebay.com/str/zhawilbetterstore | Counts I, II |
| 187 | eBay | zygsdiscountwarehouse | https://www.ebay.com/str/zygsdiscountwarehouse | Counts I, II |
| 188 | Newegg | e-wireless | https://www.newegg.com/Seller-Store/e-wireless-technologies | Counts I, II |
| 189 | Newegg | Famous Microgreens | https://www.newegg.com/Seller-Store/Famous-Microgreens | Counts I, II |
| 190 | Walmart | Alpinium | https://www.walmart.com/seller/101091234?itemId=215607994&pageName=item | Counts I, II, III |

| | | | | |
|---|---|---|---|---|
| 191 | Walmart | Artify | https://www.walmart.com/seller/101093251?itemId=1269372737&pageName=item | Counts I, II |
| 192 | Walmart | ███████ | ████████████████ | █████ |
| 193 | Walmart | Baron Sunglass LLC | https://www.walmart.com/seller/101093782?itemId=916494487&pageName=item | Counts I, II |
| 194 | Walmart | BB&A Platinum Supplies LLC | https://www.walmart.com/seller/101123641?itemId=824056844&pageName=item | Counts I, II, III |
| 195 | Walmart | Bianzhoubolu | https://www.walmart.com/seller/101520897?itemId=1851486942&pageName=item&returnUrl=%2Fip%2FEZSPTO-Beading-Stretchy-Rope-0-3mm-Stretchy-Elastic-Rope-Beading-DIY-Jewelry-Bracelet-Making-String-Line-Cord-Beading-Elastic-Rope%2F1851486942%3Ffrom%3D%2Fsearch | Count III |
| 196 | Walmart | Bighead Adventures, LLC | https://www.walmart.com/seller/101215089?itemId=351824574&pageName=item | Counts I, II |
| 197 | Walmart | BLA CURRENT LLC | https://www.walmart.com/seller/101081706?itemId=1348502889&pageName=item&returnUrl=%2Fip%2F7-Chakra-Natural-Stone-Beads-100pcs-8mm-Round-Genuine-Real-Beading-Loose-Gemstone-Amethyst-Color-Mixed-DIY-Smooth-Bracelet-Necklace-Earrings-Jewelry-%2F1348502889%3Fwmlspartner%3Dwlpa%26selectedSellerId%3D101081706 | Count III |
| 198 | Walmart | BRRNOO | https://www.walmart.com/seller/101044630?itemId=628708450&pageName=item&returnUrl=%2Fip%2FSpptty-Beading-Elastic-Rope-0-3mm-Stretchy-Elastic-Rope-Beading-DIY-Jewelry-Bracelet-Making-String-Line-Cord-Beading- | Count III |

| | | | Stretchy-Rope%2F628708450 | |
|---|---|---|---|---|
| 199 | Walmart | Buyers Fare Inc | https://www.walmart.com/seller/101186081?itemId=630320863&pageName=item | Counts I, II |
| 200 | Walmart | CabCo Enterprises, LLC | https://www.walmart.com/seller/101042020?itemId=242230409&pageName=item | Count III |
| 201 | Walmart | Chengqibuy | https://www.walmart.com/seller/101521002?itemId=819190708&pageName=item&returnUrl=%2Fip%2FSpptty-Beading-Elastic-Rope-0-3mm-Stretchy-Elastic-Rope-Beading-DIY-Jewelry-Bracelet-Making-String-Line-Cord-Beading-Stretchy-Rope%2F819190708 | Count III |
| 202 | Walmart | Chinrell, LLC | https://www.walmart.com/seller/101095491?itemId=824056844&pageName=item | Counts I, II, III |
| 203 | Walmart | Colors Kauai LLC | https://www.walmart.com/seller/101074122?itemId=1457385638&pageName=item | Counts I, II |
| 204 | Walmart | Colt's Customs LLC | https://www.walmart.com/seller/101087807?itemId=824056844&pageName=item | Counts I, II, III |
| 205 | Walmart | Critter Fettle LLC | https://www.walmart.com/seller/101232245?itemId=1770707518&pageName=item | Counts I, II |
| 206 | Walmart | Cygnet Ventures LLC | https://www.walmart.com/seller/101275687?itemId=368246030&pageName=item | Counts I, II |
| 207 | Walmart | De Xing Yang Store | https://www.walmart.com/seller/101135033?itemId=628708450&pageName=item&returnUrl=%2Fip%2FSpptty-Beading-Elastic-Rope-0-3mm-Stretchy-Elastic-Rope-Beading-DIY-Jewelry-Bracelet-Making-String-Line-Cord-Beading-Stretchy-Rope%2F628708450 | Count III |
| 208 | Walmart | Digi Commerce | https://www.walmart.com/seller/101029958?itemId=463837821&pageName=item | Counts I, II |
| 209 | Walmart | DMS Sales | https://www.walmart.com/seller/10 | Counts I, II, III |

| | | | 1137719?itemId=827539570&pageName=item | |
|---|---|---|---|---|
| 210 | Walmart | Dyna Deals | https://www.walmart.com/seller/101191557?itemId=1280456091&pageName=item | Counts I, II |
| 211 | Walmart | E-Commerce Sales Superstore | https://www.walmart.com/seller/4113?itemId=368246030&pageName=item | Counts I, II |
| 212 | Walmart | EDM Imports | https://www.walmart.com/seller/4113?itemId=368246030&pageName=item | Counts I, II |
| 213 | Walmart | Electrician Guy | https://www.walmart.com/seller/101205996?itemId=268869339&pageName=item | Counts I, II |
| 214 | Walmart | Encode llc | https://www.walmart.com/seller/101073130?itemId=374368000&pageName=item | Counts I, II |
| 215 | Walmart | Ever Direct | https://www.walmart.com/seller/101011948?itemId=262348842&pageName=item | Counts I, II, III |
| 216 | Walmart | FARIA CA LLC | https://www.walmart.com/seller/101006168?itemId=822764491&pageName=item | Counts I, II, III |
| 217 | Walmart | Fishpond Inc | https://www.walmart.com/seller/101004356?itemId=608875660&pageName=item | Counts I, II |
| 218 | Walmart | Fujian Yingtian Wangluokejiyouxiangongsi | https://www.walmart.com/seller/101184302?itemId=1406520338&pageName=item | Counts I, II |
| 219 | Walmart | Germain Goods | https://www.walmart.com/seller/101190882?itemId=368246030&pageName=item | Counts I, II |
| 220 | Walmart | Giving Tree Ventures LLC | https://www.walmart.com/seller/101062934?itemId=532858859&pageName=item | Counts I, II, III |
| 221 | Walmart | GLOBAL BUSINESS SYSTEMS LLC | https://www.walmart.com/seller/101094142?itemId=368246030&pageName=item | Counts I, II |
| 222 | Walmart | Globex Global LLC | https://www.walmart.com/seller/101094902?itemId=824056844&pageName=item | Counts I, II, III |

| 223 | Walmart | Green Massage Center LLC | https://www.walmart.com/seller/101097305?itemId=2393697261&pageName=item | Counts I, II |
| 224 | Walmart | Home Goods | https://www.walmart.com/seller/101256303?itemId=1207624354&pageName=item | Counts I, II |
| 225 | Walmart | J&I productions LLC | https://www.walmart.com/seller/101061464?itemId=268869339&pageName=item | Counts I, II |
| 226 | Walmart | JLou Global Enterprises LLC | https://www.walmart.com/seller/101086764?itemId=368246030&pageName=item | Counts I, II |
| 227 | Walmart | JRC E-Commerce | https://www.walmart.com/seller/101087033?itemId=824056844&pageName=item | Counts I, II, III |
| 228 | Walmart | Kingdom Restore | https://www.walmart.com/seller/101001710?itemId=924325775&pageName=item | Counts I, II |
| 229 | Walmart | Longyan Cangyun Xinxijishuyouxiangongsi | https://www.walmart.com/seller/101183705?itemId=1486362657&pageName=item | Counts I, II |
| 230 | Walmart | MC Distribution | https://www.walmart.com/seller/101273015?itemId=368246030&pageName=item | Counts I, II |
| 231 | Walmart | Mint River Brands LLC | https://www.walmart.com/seller/101019644?itemId=574242150&pageName=item | Counts I, II |
| 232 | Walmart | MyBazar | https://www.walmart.com/seller/101073293?itemId=630320863&pageName=item | Counts I, II |
| 233 | Walmart | Nova Phoenix LLC | https://www.walmart.com/seller/101238093?itemId=1353311957&pageName=item | Counts I, II |
| 234 | Walmart | Online Retail Partners | https://www.walmart.com/seller/101035634?itemId=262348842&pageName=item | Counts I, II, III |
| 235 | Walmart | Paradise Oaks Unlimited LLC | https://www.walmart.com/seller/101347515?itemId=483232838&pageName=item | Counts I, II |
| 236 | Walmart | Poster It Now | https://www.walmart.com/seller/101346824?itemId=1707819607&pageName=item | Counts I, II |

| 237 | Walmart | Regal Vitamins, LLC | https://www.walmart.com/seller/101051762?itemId=1207624354&pageName=item | Counts I, II |
| 238 | Walmart | saffronoa inc | https://www.walmart.com/seller/101009137?itemId=354259798&pageName=item | Counts I, II |
| 239 | Walmart | Saradjian Wholesale Inc | https://www.walmart.com/seller/101111755?itemId=1566483315&pageName=item | Counts I, II, III |
| 240 | Walmart | Shanghai YunBo Electronic Commerce Co., Ltd | https://www.walmart.com/seller/101192205?itemId=351824574&pageName=item | Counts I, II |
| 241 | Walmart | SHOPEX | https://www.walmart.com/seller/101085264?itemId=386325627&pageName=item | Counts I, II, III |
| 242 | Walmart | Simply Gluten Free Omnimedia Inc | https://www.walmart.com/seller/101123834?itemId=3018160301&pageName=item | Counts I, II, III |
| 243 | Walmart | SK Digital | https://www.walmart.com/seller/101015803?itemId=1353432225&pageName=item | Counts I, II |
| 244 | Walmart | Smart Team | https://www.walmart.com/seller/101198710?itemId=1833656628&pageName=item | Counts I, II |
| 245 | Walmart | SMT Digital Store | https://www.walmart.com/seller/101212386?itemId=1480498540&pageName=item | Counts I, II |
| 246 | Walmart | Snow Flake Enterprise LLC | https://www.walmart.com/seller/101086166?itemId=370521227&pageName=item | Counts I, II |
| 247 | Walmart | Sun Biomass Inc | https://www.walmart.com/seller/101176107?itemId=617100688&pageName=item | Counts I, II |
| 248 | Walmart | TD Affiliate Solutions | https://www.walmart.com/seller/101087195?itemId=215607994&pageName=item | Counts I, II |
| 249 | Walmart | The Green Market | https://www.walmart.com/seller/101298781?itemId=1954489001&pageName=item | Counts I, II |
| 250 | Walmart | Total Care Wholesale | https://www.walmart.com/seller/101186943?itemId=827539570&page | Counts I, II, III |

| | | | Name=item | |
|---|---|---|---|---|
| 251 | Walmart | Ursin Supply LLC | https://www.walmart.com/seller/101238070?itemId=1353311957&pageName=item | Counts I, II |
| 252 | Walmart | XSD Home store | https://www.walmart.com/seller/101220250?itemId=228140184&pageName=item | Counts I, II |