IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Collectanea J. Limited, | ) | |
| | ) | Case:   25-cv-04839 |
| | ) | |
| Plaintiff, | ) | Judge: Charles P. Kocoras |
| | ) | |
| v. | ) | Mag. Judge: Maria Valdez |
| | ) | |
| The Partnerships And | ) | |
| Unincorporated Associations | ) | |
| Identified On Schedule "A" | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DECLARATION OF LYDIA PITTAWAY IN SUPPORT OF
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**

I, Lydia Pittaway, declare and state as follows:

1. I am over 18 years of age.

2. I have personal knowledge of the facts set forth herein.

3. I make this declaration in support of Plaintiff Collectanea J. Limited's Motion for Default Judgment against Defendants, the Individuals, Business Entities, and Unincorporated Associations identified on Schedule "A" (collectively "Defaulting Defendants").

4. If called upon to do so, I could and would competently testify to the following facts set forth below.

5. I am a licensed attorney and admitted to practice before the Northern District of Illinois.

6. Plaintiff filed its Amended Complaint in the instant civil action on May 22, 2025 alleging trademark infringement (15 U.S.C. §1114), false designation of origin (15 U.S.C. § 1125(a)) and copyright infringement (17 U.S.C. §101 et seq.). [D.E. 7 at ¶¶ 16-18].

7. On May 28, 2025, in order to facilitate the investigation of its claims and the identity and location of Defendants, Plaintiff moved for alternate service [D.E. 13]. The motion was granted [D.E. 17], permitting Plaintiff to serve the Summons, Complaint, and filings in this matter upon Defendants via electronic mail ("e-mail") and via Plaintiff's designated serving notice website by posting copies of the same on an Internet website.

8. On May 28, 2025, Plaintiff filed its motion for entry of an ex parte temporary restraining order, including a temporary injunction, a temporary asset restraint [D.E. 14] and a motion for expedited discovery [D.E. 12] which were granted by the Court [D.E. 17]. On June 9, 2025, Plaintiff filed its *Ex Parte* Application to Extend Temporary Restraining Order. [D.E. 18]. On that same day, this Court granted Plaintiff's motion for extension of a temporary restraining order. [D.E. 22].

9. On June 18, 2025, Plaintiff filed its Motion for Preliminary Injunction. (D.E. 26). On June 27, 2025, this Court granted Plaintiff's Motion for Preliminary Injunction [D.E. 40].

10. The Temporary Restraining Order and Preliminary Injunction required, inter alia, third-party payment processors including, but not limited to PayPal, and their related companies and affiliates, to identify and restrain all funds in Defaulting Defendants' associated payment accounts, including all related financial accounts tied to, used by, or that transmit funds into, the respective Defaulting Defendants' financial accounts, and divert those funds to a holding account for the trust of the Court. Subsequently, my firm received notice from the third-party processors that it complied with the requirements of the Court's Orders.

11. Defaulting Defendants were served with the Summons and Amended Complaint on June 18 or June 25, 2025. [Doc. 29-33, 42].

12. The time allowed for Defaulting Defendants to respond to the Amended Complaint has expired.

13. To date, Defaulting Defendants have not filed any responsive pleadings to the Amended Complaint, have not filed a motion requesting an enlargement of time to respond to the Amended Complaint. Defaulting Defendants, with the exception of No. (247) Sun Biomass and No. (32) bixlife, have not filed a formal appearance pro se or by counsel on their behalf. In the case of No. (247) Sun Biomass, the Defendant filed a Notice of Inactivity, Lack of Legal Counsel, and Request for Consideration which concedes that the Defendant is a corporate entity and a lawyer has not appeared on its behalf. On July 22, 2025, Plaintiff filed a Motion to Strike this pro se corporate pleading and it remains pending before the Court. In case of Defendant (No. 32) bixlife, this Court sua sponte struck the bixlife filing. (D.E. 50)

14. I am informed and believe that none of the Defaulting Defendants are infants or incompetent persons, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief at the time of presentation. Executed on this 22nd of July, 2025 at Fort Pierce, Florida.

/s/ Lydia Pittaway
Bar No. 0044790
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: lpittaway@fordbanister.com
*Attorney for Plaintiff*