**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Collectanea J. Limited, | ) | |
| | ) | Case:   25-cv-04839 |
| Plaintiff, | ) | |
| | ) | Judge: Charles P. Kocoras |
| v. | ) | |
| | ) | Mag. Judge: Maria Valdez |
| The Partnerships And | ) | |
| Unincorporated Associations | ) | |
| Identified On Schedule "A" | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2025, I sent an email to the email addresses for Defendants Nos. 1-7, 10-81, 83-88, 90-132, 134-156, 158-180, 182-187, 190-191, 193-194, 196, 198-216, 219-227, 229-234, 236-252 provided by third parties consistent with the Amended Schedule "A." This email attached the Motion for Entry of Default Judgment (Doc. 55), Declaration (Doc. 55-1), proposed Order, and Notice of Presentment (Doc. 58). This email also contained a link to the website https://www.fordbanister.com/case-no-25-cv-04839 where these filings are posted.

Respectfully Submitted this 24th of July, 2025,

/s/ Lydia Pittaway
Bar No. 0044790
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: lpittaway@fordbanister.com
*Attorney for Plaintiff*