IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COLLECTANEA J. LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-cv-04839 |
| v. | ) | |
| | ) | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate Judge Maria Valdez |
| IDENTIFIED ON SCHEDULE "A," | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NON-PARTY EBAY INC.'S REPLY IN SUPPORT OF MOTION FOR RELIEF FROM, OR TO MODIFY, THE PRELIMINARY INJUNCTION AND INCORPORATED MEMORANDUM OF LAW

Non-party eBay Inc. ("eBay") hereby files its Reply in support of its Motion for Relief From, or to Modify, the Preliminary Injunction (the "Motion").

To start, eBay wishes to clarify its position on various points raised during conferrals with Collectanea J. Limited ("Plaintiff") and in Plaintiff's response to eBay's Motion ("Response"). *See* ECF No. 164. With respect to Plaintiff's statement that "eBay does not oppose Plaintiff's Motion for Default against the eBay sellers who have not appeared in the case," (ECF No. 164 ¶ 12), as conveyed to Plaintiff, verbatim:

> Though eBay does not oppose a default judgment against eBay sellers who have not appeared in the case, eBay opposes a default judgment that imposes an asset freeze, for the same reasons discussed in eBay's pending motion at ECF 73. For example, some of the eBay sellers identified in eBay's motion (and plaintiff's motions for default judgment) did not list an allegedly infringing product at all, and many of the eBay sellers did not list an allegedly infringing product after the date plaintiff secured intellectual property rights, meaning plaintiff had no rights to the intellectual property at the time the products were listed.

1

*See* Email correspondence, attached as Exhibit 1.[1]  Second, eBay agrees that any eBay sellers represented by *any* counsel *or* appearing pro se can be excluded from the scope of the relief requested in eBay's Motion, though eBay's position about the requested asset restraints for these eBay sellers remains unchanged.  *See id*; *see also* ECF No. 164 ¶ 13.

Turning to the merits of the Motion, Plaintiff does not refute, let alone address, any of eBay's arguments, including that more than half of the eBay Sellers never sold an accused product, that the vast majority of the eBay listings at issue ended in 2022 and 2023 (before the copyright at issue was registered on May 22, 2023, and before Plaintiff had any rights to the intellectual property it now seeks to enforce with strong penalties), that Plaintiff has known about the listings since 2022 and 2023, and that Plaintiff lacks irreparable harm.  *See* ECF No. 73 at 4-8.

Finally, eBay does not agree that the Motion should be denied as moot.  *See* Ex. 1; *see also* ECF 164 ¶¶ 15-16.  The Court has not yet entered any default judgments against the eBay Sellers referenced in the Motion, so eBay's request is ripe for decision.  Should the Court enter default judgment, eBay's position remains: Plaintiff has failed to demonstrate how an asset freeze for any of the eBay Sellers is appropriate, among other threshold requirements for its position in this case, and so continued restraint of funds or release of the funds to Plaintiff as alleged damages (as requested in Plaintiff's proposed orders granting Plaintiff's motions for default judgment) is inappropriate.

Dated: December 12, 2025

                                        *s/ William F. Farley*
                                        William F. Farley, Esquire
                                        Illinois Bar Number: 6305896
                                        Primary Email: william.farley@hklaw.com
                                        HOLLAND & KNIGHT LLP
                                        150 N. Riverside Plaza, Suite 2700

---

[1] The parties' email correspondence totals six months and more than 60 pages, so eBay attaches the referenced email only for purposes of this Reply.

                                                Chicago, IL 60606
                                                Telephone: 312-578-6698

                                                *Counsel for eBay Inc.*

# EXHIBIT 1

## Honan, Jessica Kramer (TPA - X36578)

| | |
|---|---|
| **From:** | Honan, Jessica Kramer (TPA - X36578) |
| **Sent:** | Monday, December 8, 2025 5:34 PM |
| **To:** | 'Ford Banister'; William Hausman |
| **Cc:** | Banister IP Enforcement; Mercier, Judith M (ORL - X25151); Abbie Cook; Farley, William F (CHI - X66698) |
| **Subject:** | RE: [eBay] Service of Court Documents and Communications -- Collectanea--Case No. 25-cv-04839 (N.D.Ill.) |

Good afternoon,

After review of the motions for default judgment, the proposed orders on these motions, and other filings in the case, eBay does not agree that its motion for relief from/to modify the preliminary injunction is moot.  Though eBay does not oppose a default judgment against eBay sellers who have not appeared in the case, eBay opposes a default judgment that imposes an asset freeze, for the same reasons discussed in eBay's pending motion at ECF 73.  For example, some of the eBay sellers identified in eBay's motion (and plaintiff's motions for default judgment) did not list an allegedly infringing product at all, and many of the eBay sellers did not list an allegedly infringing product after the date plaintiff secured intellectual property rights, meaning plaintiff had no rights to the intellectual property at the time the products were listed.

eBay agrees that any eBay seller-defendants who have appeared through counsel or pro se can be excluded from the scope of the relief requested in eBay's motion.

Jessica

**Jessica Kramer Honan** | **Holland & Knight**
Holland & Knight LLP
100 North Tampa Street, Suite 4100 | Tampa, FL 33602
Phone 813.227.6578 | Fax 813.229.0134
jessica.honan@hklaw.com | www.hklaw.com

Add to address book | View professional biography

1